# ELECTRONIC RECORD

COA #   05-14-00483-CR                OFFENSE:   49.04

STYLE:   Justin Cook v. The State of Texas      COUNTY:   Dallas

COA DISPOSITION:      AFFIRMED              TRIAL COURT:   County Criminal Court No. 9

DATE: 06/09/15              Publish: NO   TC CASE #:   M1246238

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Justin Cook v. The State of Texas        CCA #:   **1234-15**

_____*APPELLANT'S*___ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

____*REFUSED*_____        JUDGE: _____

DATE: ___*11/18/2015*_____        SIGNED: _____        PC: _____

JUDGE: ___*(signature)*_____        PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**